**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KRYSTAL SMITH,
    Plaintiff

vs.                                      Case No. 1:12cv83
                                        Dlott, J.; Bowman, M.J.

UNUM LIFE INSURANCE COMPANY,
    Defendant

## CALENDAR ORDER

This ERISA case shall proceed as follows:

1. Date by which Defendant will file indexed Administrative Record: <u>June 1, 2012</u>

2. Cross motions for summary judgment      <u>August 1, 2012</u>

3. Telephone status conference:      <u>August 15, 2012 @ 10:00 a.m.</u>

4. Responses to the cross motions:      <u>August 31, 2012</u>

5. Replies to cross motions:      <u>October 1, 2012</u>

      /s/ <u>*Stephanie K. Bowman*</u>
      United States Magistrate Judge