# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Krystal R. Smith,   Case No.1:12cv83

     Plaintiff

  vs.

Unum Life Insurance Company of America
Appeals Unit, et al.,

     Defendants.

## ORDER

On May 24, 2012, Defendant Unum filed a motion for authorization to file Administrative Record Under Seal. (Doc. 12).  That motion is GRANTED in part.   Defendant Unum shall provide the Clerk of Courts with an electronic copy of the Administrative Record.  The Clerk is then DIRECTED to docket the Administrative Record under SEAL.


                    /s/ *Stephanie K. Bowman*
                    United States Magistrate Judge